# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sheryl L. Lieberman <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-18640 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as Servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1, and index same on the master mailing list.

        Respectfully submitted,

        **/s/ Matteo S. Weiner, Esq.**
        Matteo S. Weiner, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322 FAX (215) 627-7734