United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-18640-ref
Sheryl L. Lieberman                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen           Page 1 of 2           Date Rcvd: Mar 30, 2017
                              Form ID: 152             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.
```
db             +Sheryl L. Lieberman,    2019 Wehr Avenue,    Allentown, PA 18104-1129
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13837430       +DEUTSCHE BANK NATIONAL TRUST COMPANY,    c/o Bank of America N A,    7105 Corporate Drive,
                 Plano, TX 75024-4100
13837431        DEUTSCHE BANK NATIONAL TRUST COMPANY,    Milstead and Associates, LLC,
                 2501 Seaport Drive, Suite 200,    Philadelphia, PA 19103
13850684       +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13837432       +FIRST FEDERAL CREDIT CONTROL,    24700 CHAGRIN BLVD STE 205,    CLEVELAND, OH 44122-5662
13837433       +Pennsylvania Department of Revenue,    Bureau of Compliance,    Lien Section,    POB 280948,
                 Harrisburg, PA 17128-0948
13866368       +Specialized Loan Servicing LLC,    as servicer for Deutsche Bank National,
                 c/o Matteo S. Weiner, Esq.,    701 Market St, Ste 5000,    Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Mar 31 2017 01:37:52     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 31 2017 01:37:54      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13837429       +E-mail/Text: banko@berkscredit.com Mar 31 2017 01:37:34     BERKS CREDIT & COLL,
                 900 CORPORATE DR,    READING, PA 19605-3340
13859632        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 31 2017 01:37:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13837434      ##+Transworld Systems,    2235 MERCURY WAY STE 275,    Santa Rosa, CA 95407-5463
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2017 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee for Morgan Stanley Home Equity Loan Trust 2006-1, Mortgage Pass-Through Certificates,
               Series 2006-1 bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Sheryl L. Lieberman glutz@hvmllaw.com, amerkey@hvmllaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
```

```
District/off: 0313-4          User: Cathleen           Page 2 of 2              Date Rcvd: Mar 30, 2017
                              Form ID: 152             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1 bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Sheryl L. Lieberman
    Debtor(s)

Case No: 16–18640–ref
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 6/29/17 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

20
Form 152